Hyung S. Choi, State Bar 015669
Veronika Fabian, State Bar 018770
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite #5
Chandler, Arizona  85226
tel:  (480) 517-1400
fax: (480) 517-6955
Flagstaff: (928) 779-2226
hyung@choiandfabian.com
veronika@choianfabian.com
   Attorneys for Plaintiff Christina Cohen

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina Cohen f/k/a Christina Gatewood,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>Sallie Mae, Inc., Navient Solutions, Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc.,<br><br>　　　　　Defendants. | NO.  4:15-cv-00608-DCB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate that Plaintiff's claims or causes of action against Equifax in the above-captioned matter are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear their own costs and attorneys' fees incurred herein.

/ / /

/ / /

DATED on August 16, 2016.

CHOI & FABIAN, PLC

*/s/ Hyung S. Choi*
Hyung S. Choi
Attorneys for Plaintiff

SNELL & WILMER, LLP

*/s/ Jacob C. Jones with permission*
Jacob C. Jones
Attorneys for Defendant Equifax

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Justin Balser
Ashley Calhoun
Akerman LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
ashley.calhoun@akerman.com
Attorneys for Navient

Jonathan Dessaules
DESSAULES LAW GROUP
5353 N. 16th St., Ste. 110
Phoenix, AZ 85016
jdessaules@dessauleslaw.com
Attorneys for Experian

Andrea Mazingo
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
amazingo@jonesday.com
Attorneys for Experian

Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Ste 1900
Phoenix, AZ 85004
jcjones@swlaw.com
Attorneys for Equifax

*/s/ Dinah Lee*