**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina Cohen, | No. CV-15-00608-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Sallie Mae Incorporated, et al., | |
| Defendants. | |

Pursuant to Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") stipulation (Doc. 48),

**IT IS ORDERED** that Plaintiff's claims or causes of action against Equifax in the above-captioned matter are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees incurred herein.

Dated this 22nd day of August, 2016.

Honorable David C. Bury
United States District Judge