Hyung S. Choi, State Bar 015669
Veronika Fabian, State Bar 018770
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite #5
Chandler, Arizona  85226
tel:  (480) 517-1400
fax: (480) 517-6955
Flagstaff: (928) 779-2226
hyung@choiandfabian.com
veronika@choianfabian.com
Attorneys for Plaintiff Christina Cohen

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina Cohen f/k/a Christina Gatewood,<br><br>          Plaintiff,<br>     vs.<br><br>Sallie Mae, Inc., Navient Solutions, Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc.,<br><br>          Defendants. | NO.  4:15-cv-00608-DCB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES WITH RESPECT TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff, through counsel, hereby notifies the Court that Plaintiff and Defendant Experian Information Solutions, Inc., ( "Experian") have settled this matter regarding Plaintiff's claims against Defendant Experian.  Plaintiff requests the Court vacate all deadlines with respect to Experian and that Experian be excused from further proceedings.  Plaintiff and Experian will file dismissal paperwork in the near future. The case will remain pending against Defendant Navient Solutions, Inc.

DATED August 31, 2016.

CHOI & FABIAN, PLC

/s/ *Hyung S. Choi*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Justin Balser
Ashley Calhoun
Akerman LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
ashley.calhoun@akerman.com
Attorneys for Navient

Jonathan Dessaules
DESSAULES LAW GROUP
5353 N. 16th St., Ste. 110
Phoenix, AZ 85016
jdessaules@dessauleslaw.com
Attorneys for Experian

Andrea Mazingo
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
amazingo@jonesday.com
Attorneys for Experian

/s/ *Dinah Lee*