IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Cohen, | No. CV-15-00608-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Sallie Mae Incorporated, et al., | |
| Defendants. | |

Upon stipulation of the parties and good cause showing,

IT IS ORDERED that Defendant Experian Information Solutions, Inc. be dismissed with prejudice from this action, each party to bear its own costs and attorneys fees.  The case will remain pending against Defendants Navient Solutions, Inc.

Dated this 27th day of September, 2016.

Honorable David C. Bury
United States District Judge