Hyung S. Choi, State Bar 015669
Veronika Fabian, State Bar 018770
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite #5
Chandler, Arizona  85226
tel: (480) 517-1400
fax: (480) 517-6955
Flagstaff: (928) 779-2226
hyung@choiandfabian.com
veronika@choianfabian.com
  Attorneys for Plaintiff Christina Cohen

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina Cohen f/k/a Christina Gatewood,<br><br>Plaintiff,<br>vs.<br><br>Navient Solutions, Inc, et al.,<br><br>Defendants. | NO.  4:15-cv-00608-DCB<br><br>**NOTICE OF SETTLEMENT<br>AND<br>REQUEST TO VACATE DEADLINES** |

Plaintiff, through counsel, hereby notifies the Court that Plaintiff and Defendant Navient Solutions, Inc., ("NSI") have settled this matter regarding Plaintiff's claims against Defendant NSI.  Plaintiff requests the Court to vacate all deadlines in this matter. The parties expect to complete the final settlement paperwork within the next thirty days and file a stipulation for dismissal with prejudice.

/ / /

/ / /

DATED October 5, 2016.

CHOI & FABIAN, PLC

/s/ *Hyung S. Choi*
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2016, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Justin Balser
Ashley Calhoun
Akerman LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
ashley.calhoun@akerman.com
Attorneys for Navient

/s/ *Seunghui Choe*

2