IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Cohen,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sallie Mae Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-15-00608-TUC-DCB<br><br>**ORDER** |

　　　　The court having been notified that this case has been settled by the parties.

　　　　IT IS ORDERED that the case is dismissed without prejudice, and the Clerk of the Court shall close it.

　　　　IT IS FURTHER ORDERED that the parties shall file the appropriate dismissal documents within 30 days of the filing of this Order.

　　　　IT IS FURTHER ORDERED that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

　　　　Dated this 11th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　Honorable David C. Bury
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge